# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ALEXANDER HENIZE,

        Petitioner,    :

v.

        Case No. 2:22-cv-1625
        Judge Sarah D. Morrison
        Magistrate Judge Karen L. Litkovitz

WARDEN, NOBLE
CORRECTIONAL INSTITUTION,    :

        Respondent.

## ORDER

On September 27, 2023, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 18.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. This action is **DISMISSED**. Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED.**

                         /s/ Sarah D. Morrison
                         **SARAH D. MORRISON**
                         **UNITED STATES DISTRICT JUDGE**